**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


EQT PRODUCTION COMPANY AND ET BLUE GRASS CLEARING, LLC, : No. 235 WAL 2017

               Respondents : Petition for Allowance of Appeal from the Order of the Commonwealth Court

              v. :

BOROUGH OF JEFFERSON HILLS, :

               Petitioner :


## <u>ORDER</u>


**PER CURIAM**

**AND NOW**, this 22nd day of January, 2018, the Petition for Allowance of Appeal is

**GRANTED, LIMITED** to the following issue, as stated by Petitioner:

> Whether the Commonwealth Court erred as a matter of law by imposing a standard upon the admissibility of objectors' evidence that effectively eliminates the ability to raise any objection to a land use application based on firsthand experience with a similar use when the proposed use does not already appear within municipal borders?

The Petition is otherwise **DENIED**.